DELIA W. STAFFORD, Appellant and Respondent, *v.* JENNY K. STAFFORD, Respondent and Appellant.

*Stafford* v. *Stafford*, 79 App. Div. 644, affirmed.
(Argued January 28, 1904; decided February 16, 1904.)

CROSS-APPEALS from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department,

entered February 18, 1903, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*Moses Shire* for plaintiff, appellant and respondent.

*John L. Romer* for defendant, respondent and appellant.

Judgment affirmed, without costs to either party as against the other; no opinion.

Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, VANN, CULLEN and WERNER, JJ.